IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL PRATER                                                                PLAINTIFF

v.                             No. 4:21-cv-680-DPM

STATE FARM FIRE & CASUALTY
COMPANY and STATE FARM GENERAL
INSURANCE COMPANY                                          DEFENDANTS

ORDER

Removed case noted. The Court has an independent obligation to make sure it has subject matter jurisdiction. *Hertz Corp. v. Friend*, 559 U.S. 77, 95 (2010). On the facts pleaded, Prater has no plausible bad faith claim. *Willis v. Shelter Mutual Insurance Co.*, E.D. Ark. Case No. 5:12-cv-101-DPM, *Doc. 27 at 1–3* (15 November 2012) (discussing the Arkansas precedent). That claim is the only potentially solid basis for punitive damages. *L.L. Cole & Son, Inc. v. Hickman*, 282 Ark. 6, 8–9, 665 S.W.2d 278, 280–81 (1984). Unless Prater files a proposed amended complaint by 13 August 2021, the Court will remand because there is no possible way for the amount in controversy to satisfy the statutory threshold. 28 U.S.C. § 1332(a).

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2021