IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL PRATER**                                                                                      **PLAINTIFF**

v.                          No. 4:21-cv-680-DPM

**STATE FARM FIRE & CASUALTY
COMPANY and STATE FARM GENERAL
INSURANCE COMPANY**                                        **DEFENDANTS**

## ORDER

Prater has not filed a proposed amended complaint. The Court lacks subject matter jurisdiction for the reasons explained in the 3 August 2021 Order, *Doc. 5*. 28 U.S.C. § 1332(a). The case is therefore remanded to the Circuit Court of Pulaski County, Arkansas. 28 U.S.C. § 1447(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 August 2021